UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE C.P.S. CORP. & ETC.<br><br>    Defendant. | NO. CV-09-3096-EFS<br><br>**ORDER DISMISSING LAWSUIT FOR FAILURE TO FILE AN AMENDED COMPLAINT** |

   On February 12, 2010, the Court ordered pro se Plaintiff Cynthia Robinson to amend the Complaint (Ct. Rec. 6) because it contained no factual allegations and the Court could not determine whether it had jurisdiction.  The Court cautioned Plaintiff that this lawsuit would be dismissed if an amended complaint was not filed within sixty days. Plaintiff has not filed a timely amended complaint.  Accordingly, **IT IS HEREBY ORDERED**:

   1.   The Complaint **(Ct. Rec. 6)** is **DISMISSED** without prejudice.

   2.   **Judgment** shall be entered without prejudice.

   3.   This file shall be **CLOSED**.

///

///

ORDER * 1

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and forward a copy to Plaintiff.
3    **DATED** this ___19th___ day of May 2010.

5                         S/ Edward F. Shea
                          EDWARD F. SHEA
6                    United States District Judge

ORDER * 2