AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CYNTHIA ROBINSON,

                       Plaintiff,

                         v.

WASHINGTON STATE C.P.S. CORP. & ETC.

                       Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3096-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed without prejudice pursuant to the Order Dismissing Lawsuit for Failure to File an Amended Complaint entered on May 19, 2010, Ct. Rec. 9.

May 19, 2010
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas